IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -5  PM 4: 03

ROBERT R. ┊ TROLIO
CLERK, ┊S  DIST. CT.
W.D. OF TN, MEMPHIS

OSLO COLE,

     Plaintiff,

v.                                                      No. 04-2755 B/P

YOUTH SERVICES, INC.,

     Defendant.

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE

---

Before the Court is the May 5, 2005 motion for continuance of the Plaintiff, Oslo Cole,

seeking an extension of time due to Plaintiff's counsel's illness to serve the Defendant, Youth

Services, Inc.  For good cause show, the Court hereby GRANTS the motion and gives Plaintiff an

additional thirty (30) days to effect service of the complaint and summons on the Defendant in

accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this _____ day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on _5-6-05_

/4

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02755 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

Kelly S. Gooch
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Emma Cole
LAW OFFICE OF EMMA COLE
2693 Union Ave., Extd.
Ste. 200
Memphis, TN 38112

Honorable J. Breen
US DISTRICT COURT