IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 13 PM 3: 34

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

OSLO COLE,

    Plaintiff,

v.                              No. 04-2755 B/P

YOUTH VILLAGES, INC.,

    Defendant.

---

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS
## DUE TO INSUFFICIENT SERVICE OF PROCESS

---

Before the Court is the April 29, 2005 motion to dismiss due to insufficient service of process by the Defendant, Youth Villages, Inc., against Plaintiff, Oslo Cole. Defendant submits that Plaintiff failed to serve process within 120 days of the filing of the complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure. However, on May 6, 2005, the Court granted Plaintiff thirty additional days to serve the Defendant. A review of the Court's docket sheet reflects that on May 17, 2005 a summons was returned executed against Youth Services, Inc. indicating that it had been served on April 25, 2005. Accordingly, as service has been accomplished within the extension of time given to the Plaintiff, the Court DENIES the Defendant's motion as moot.

    IT IS SO ORDERED this 13th day of June, 2005.

                                        J. DANIEL BREEN
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-13-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02755 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Emma Cole
LAW OFFICE OF EMMA COLE
2693 Union Ave., Extd.
Ste. 200
Memphis, TN 38112

Kelly S. Gooch
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT