IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| OSLO COLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2755-B/P |
| | ) | |
| YOUTH VILLAGES, INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES

Before the Court is Defendant's Motion to Compel Discovery Responses, filed August 25, 2005 (Dkt #23). Local Rule 7.2(a)(2) requires that

> the response to the motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

Plaintiff has not responded to the motion, and the time for filing a response has passed. Therefore, the motion is GRANTED.

Plaintiff shall respond to Defendant's interrogatories and requests for production within eleven (11) days from the date of this order. Moreover, because Plaintiff has not filed a response explaining why discovery responses were not timely served on

Defendant, Plaintiff has waived any objection that he may have had to Defendant's discovery requests.  See <u>Blackmond v. UT Medical Group</u>, no. 02-2890MaV, 2003 WL 22385678, at *1 (W.D. Tenn. Sept. 17, 2003) (Vescovo, J.) (unpublished).

Defendant's request for attorney's fees and expenses is DENIED.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

September 19, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02755 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Emma Cole
LAW OFFICE OF EMMA COLE
2693 Union Ave., Extd.
Ste. 200
Memphis, TN 38112

Kelly S. Gooch
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT